EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Francisco A. Besosa Stubbe | 2017 TSPR 200<br><br>198 DPR ____ |

Número del Caso: TS-6,444

Fecha: 20 de diciembre de 2017

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Francisco A. Besosa Stubbe

TS-6,444

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de diciembre de 2017.

Evaluada la Solicitud de Reinstalación presentada por el Hon. Francisco A. Besosa Stubbe, se provee Ha Lugar.

Se le ordena al Secretario del Tribunal que realice el cambio en el Registro Único de Abogados. Además, se le exhorta al honorable Besosa Stubbe que actualice sus datos en el mencionado Registro.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez hace constar que el presente asunto debió ser atendido administrativamente por el Secretario de este Tribunal.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo